**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6568**

RODNEY E. COBBS,

        Plaintiff - Appellant,

    v.

MARGARET A. HUTZENBILER; EMILY G. LANKLER, District Attorney's Office; CONNIE JORDAN, Assistant District Attorney; JEANNIE BERG; ARIKA SIDBURY; COURTNEY M. LAST,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-ct-03294-BO)

Submitted:  April 28, 2026                    Decided:  April 30, 2026

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rodney E. Cobbs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney E. Cobbs appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 action.[*]   On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Cobbs's informal brief does not challenge the basis for the district court's disposition, Cobbs has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We have jurisdiction over this appeal because the district court did not grant leave to amend.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).